**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SUPASTAR WARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01168-SRW |
| | ) | |
| LT UNKNOWN WALLACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file.  Self-represented Plaintiff Supastar Ware, also known as Lamont Ware, brought this action under 42 U.S.C. § 1983 for alleged civil rights violations.  ECF No. 1.  On January 21, 2026, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered her to file an amended complaint on a Court-provided form.  ECF No. 17.  The Court cautioned Plaintiff that her failure to timely comply with the Order would result in dismissal of her case without further notice.  Plaintiff's response was due by February 20, 2026.

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time to do so.  Plaintiff was given meaningful notice of what was expected, she was cautioned that her case would be dismissed if she failed to timely comply, and she was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's January 21, 2026, Order and her failure to prosecute her case.  *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious

disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.  A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 6th day of March, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

2